77,382-03

February 10, 2015

Re: Williams, Charles
CCA No: WR-77,382-03
Trial Court Case No. 07-393

This is to in response to your letter dated February 5, 2015, where you stated that the status of my application for writ of habeas corpus was denied without written order on the findings of the trial court without a hearing on September 17, 2013. There must be some mistake because I have an order from the Court of Criminal Appeals dated February 12, 2014 remanding my application to the trial court. Then on July 30, 2014 I received a notice from you stating that the supplemental clerk's record in response to the order issued by the CCA had been recieved. Could you investigate this matter and see if we can get this cleared up. Thank you.

Sincerely,

Charles Williams #1734543
1695 S. Buffalo Dr.
Raymondville, TX 78580

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 17 2015

Abel Acosta, Clerk